**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**INDEX OF EXHIBITS**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| A | 2020 IRS account transcript |
| B | Cover letter and amended return documents for Tami Naylor's 2017 and 2018 tax years |
| C | Certified mail receipt dated April 1, 2022 |
| D | USPS tracking receipt (70190700000065829509) showing delivery to Ogden, Utah on April 4, 2022 |
| E | Letter 916C |
| F | Form 911 |
| G | Letter 105C for tax year 2017 |
| H | Letter 105C for tax year 2018 |
| I | Request for an Appeal letter sent on behalf of the Plaintiff to the IRS |
| J | USPS tracking receipt (9505510435373334194370) showing delivery to Holtsville, New York on December 4, 2023 |
| K | Appeals officer assignment letter |
| L | Timeline of events letter that was sent to the appeals officer with fax confirmation |
| M | Letter from the appeals officer releasing jurisdiction of case |